# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **KEITH E. MCCLAIN, and JOYCE A. MCCLAIN,** | **8:19CV53** |
| Plaintiffs, | |
| vs. | **SECOND AMENDED ORDER SETTING TRIAL** |
| **ETHICON ENDO-SURGERY, INC.,** | |
| Defendant. | |

This matter comes before the Court on the Plaintiffs' Unopposed Motion to Extend Deadlines (Filing No. 61). After review of the motion, the Court finds good cause to grant the requested extensions. Accordingly,

**IT IS ORDERED** that the Plaintiffs' Unopposed Motion to Extend Deadlines (Filing No. 61) is granted, and the amended trial order is amended as follows:

1) The deadlines to identify expert witnesses and to complete expert disclosures[1] for all experts expected to testify at trial, (both retained experts, (Fed. R. Civ. P. 26(a)(2)(B)), and non-retained experts, (Fed. R. Civ. P. 26(a)(2)(C)), are extended to:

   | | |
   |---|---|
   | For the plaintiffs: | **November 1, 2022** |
   | For the defendant: | **January 3, 2023** |
   | Plaintiffs' rebuttal: | **February 1, 2023** |

2) The status conference scheduled for December 30, 2022, is cancelled. A status conference to discuss case progression and the parties' interest in settlement will be held with the undersigned magistrate judge on **February 10, 2023, at 11:30 a.m.** by telephone. Counsel shall use the conferencing instructions assigned to this case to participate in the conference.

3) The deposition deadline is extended to **February 15, 2023**.

4) The deadline for filing motions to dismiss and motions for summary judgment is extended to **March 15, 2023**.

---

[1] While treating medical and mental health care providers are generally not considered "specially retained experts," not all their opinions relate to the care and treatment of a patient. Their opinion testimony is limited to what is stated within their treatment documentation. As to each such expert, any opinions which are not stated within that expert's treatment records and reports must be separately and timely disclosed.

5) The deadline for filing motions to exclude testimony on *Daubert* and related grounds is extended to **March 15, 2023**.

6) The Pretrial Conference remains scheduled before the undersigned magistrate judge on **May 30, 2023**, at **10:00 a.m.**, and will be conducted in chambers. The parties' proposed Pretrial Conference Order and Exhibit List(s) must be emailed to nelson@ned.uscourts.gov, in Word format, by **3:00 p.m.** on **May 23, 2023**.

7) The jury trial of this case remains set to commence before Brian C. Buescher, United States District Judge, in Courtroom 5, Roman L. Hruska Federal Courthouse, 111 South 18th Plaza, Omaha, Nebraska, at **9:00 a.m.** on **July 11, 2023**, or as soon thereafter as the case may be called, for a duration of five (5) trial days. This case is subject to the prior trial of criminal cases and such other civil cases as may be scheduled for trial before this one. Jury selection will be held at the commencement of trial.

8) Motions in limine shall be filed seven days before the pretrial conference. It is not the normal practice to hold hearings on motions in limine or to rule on them prior to the first day of trial. Counsel should plan accordingly.

Dated this 1st day of September, 2022.

BY THE COURT:

s/Michael D. Nelson
United States Magistrate Judge

.